UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| PAUL PETERSON, ON BEHALF OF MINOR, J.P., <br><br> Plaintiff, <br><br> v. <br><br> YAMAHA MOTOR CORPORATION, U.S.A., YAMAHA MOTOR MANUFACTURING CORPORATION OF AMERICA, YAMAHA MOTOR CO., LTD., and DOES 1 through 100, inclusive, <br><br> Defendants. | Civil File No.: 09-1646 (PAM/AJB) <br><br> **ORDER ON MOTION FOR STAY** |

On consideration of Defendants Yamaha Motor Corporation, U.S.A. and Yamaha Motor Manufacturing Corporation of America's Motion to Stay, the filings made in support thereof and in opposition thereto, and the argument of the parties, it is hereby ORDERED, ADJUDGED, and DECREED that defendants' motion is GRANTED. It is further ORDERED that all proceedings in this matter are hereby stayed until further order of the Court.

Dated this  3rd  day of   August  , 2009.

                                                 s/Paul A. Magnuson
                                                 The Honorable Paul A. Magnuson
                                                 United States District Judge